UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHEILA STAGGS,<br><br>     Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>     Defendants. | Case No. 3:23-cv-1443<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC, successor by merger to PACIFIC UNION FINANCIAL, LLC,** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Nationstar Mortgage LLC, successor by merger to Pacific Union Financial, LLC, **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Nationstar Mortgage LLC, successor by merger to Pacific Union Financial, LLC, **ONLY**, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: 5/2/2024

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Matthew P. Forsberg*
**MATTHEW P. FORSBERG**
Reg. No. 24082581
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 383-1868
F: (612) 370-4256
Matt@fieldslaw.com

1

|  |  |
|---|---|
|  | **LAW OFFICE OF JONATHAN A. HEEPS** |
|  | /s/ *Jonathan A. Heeps* |
|  | Jonathan A. Heeps |
|  | TX Bar No.: 24074387 |
|  | Post Office Box 174372 |
|  | Arlington, TX 76003 |
|  | T: (682) 738-6415 |
|  | F: (844) 738-6416 |
|  | Email: jaheeps@heepslaw.com |
|  | *Counsel for Plaintiff* |
| Dated: 5/2/2024 | **McGuireWoods LLP** |
|  | By: /s/ Scott I. Perle |
|  | Scott I. Perle |
|  | NC Bar No. 24461 |
|  | 201 North Tryon Street, Suite 3000 |
|  | Charlotte, NC 28202 |
|  | T: (704) 343-2000 |
|  | F: (704) 343-2300 |
|  | sperle@mcguirewoods.com |
|  | *Counsel for Defendant* |